UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER ERNESTO BARRERA-HERNANDEZ, | Case No.:  26-cv-825-RSH-VET |
| Petitioner, | **ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |
| v. | |
| CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al., | |
| Respondents. | |

On February 10, 2026, petitioner Walter Ernesto Barrera-Hernandez filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a), at which the government bears the burden of proving by clear and convincing evidence that Petitioner's continued detention is justified. *Id.* ¶ 4. The Court thereafter issued a briefing schedule. ECF No. 2.

On February 23, 2026, Respondents filed a return acknowledging that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2. Respondents have not opposed Petitioner's position as to the burden or standard of proof at the bond hearing.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Walter Ernesto Barrera-Hernandez before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***fourteen (14) days*** of this order, at which the government must justify Petitioner's continued detention by a showing of clear and convincing evidence that he would likely flee or pose a danger to the community if released. The hearing set for March 5, 2026 is **VACATED**.

**IT IS SO ORDERED**.

Dated: February 23, 2026

Robert S. Huie

Hon. Robert S. Huie
United States District Judge

26-cv-825-RSH-VET